# UNITED STATES DISTRICT COURT
## District of Minnesota

***RESPOND TO:***

( ) THIRD DIVISION: 708 Federal Bldg., 316 N. Robert St., St. Paul, MN 55101 Phone (651)-848-1100
( x ) FOURTH AND SIXTH DIVISION: 202 U. S. Courthouse, 300 S. 4th St., Mpls., MN 55415 Phone (612) 664-5000
( ) FIFTH DIVISION: 417 Federal Bldg., 515 W. 1st St., Duluth, MN 55802 Phone (218)-529-3500

| | |
|---|---|
| **DATE:** 2/06/02 | **CIVIL FILE NUMBER:** 01-2272 MJD/JGL |
| **CASE TITLE:** Sherman v. Wyeth-Ayerst Labs, et al | |
| | The above entitled action was: ( ) removed from county court OR ( ) transferred from another district, filed in the ( ) St. Paul-3rd Division ( ) Minneapolis-4th Division ( ) Duluth-5th Division ( ) Fergus Falls-6th Division on ______________ , assigned to Judge and Magistrate Judge__ . Please direct future filings to the office indicated. |
| | The above entitled action was filed in this court on __________ , assigned to Judge____________ and referred to U. S. Magistrate Judge ____________ . The file will be maintained at the Clerk's Office in ( ) St. Paul, ( ) Minneapolis or ( ) Duluth. Please note this information for future reference.<br>cc to: |
| | **LR79.1(d) and/or LR 37.2 DISCOVERY MOTIONS**: **Discovery documents** are returned pursuant to Local Rule. |
| | A certified copy of the Order of Remand is enclosed. |
| XXXX | The above entitled action is being transferred to Eastern District of Pennsylvaniat pursuant to the Order of the Judicial Panel filed 1/28/02 . A certified copy of the docket entries and complaint were mailed 2/6/02 to the Eastern District of Pennsylvania. |
| | A Bill of Costs is to be submitted on a form as provided by the court. Form AO 133 and instructions for completion are attached. |
| | Your original documents are returned. Copies of state court documents were submitted when the action was removed to this court. |
| | OTHER: |

Deputy Clerk Liz Knoblauch